# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER TO ADVANCE SECURITY IN AMERICA
1802 Vernon Street NW
PMB 2095
Washington, D.C. 20009,

    *Plaintiff*,

  v.

U.S. DEPARTMENT OF THE AIR FORCE,
1670 Air Force Pentagon
Washington, D.C. 20330-1670,

    *Defendant*.

Civil Case No. 1:25-cv-301

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the United States Air Force ("USAF") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel USAF's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5. Defendant USAF is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1) and has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On October 7, 2024, CASA submitted one FOIA request (attached as Exhibit A) to USAF pertaining to LGBTG+ reading material (and a display promoting it) in Englin Air Force Base Library that has been banned from library due to its pornographic content. The confirmation ID for the FOIA submission was 1606896.

7. On October 8, 2024, USAF officially confirmed receipt and assigned the FOIA request control number 2025-00188-F.

8. On October 15, 2024, USAF responded that the FOIA request could "be processed quickly with limited impact on the responding units," and estimated that USAF could "provide a response to your request within 20 working days."

9. Release of these records is in the public interest because it will contribute to the public's understanding of an issue of widespread public interest: records and communications by and between Eglin AFB Library staff regarding the pornographic books that are potentially being made available at the library, and the promotion of those pornographic books.

10. FOIA is "a vital tool for ensuring transparency, accessibility, and accountability in government" whose "'basic purpose . . . is to ensure an informed citizenry,' which is 'vital to the functioning of a democratic society [and] needed to check against corruption and to hold the governors accountable to the governed.'" Merrick Garland, *Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines* 1 (Mar. 15, 2022),

https://www.justice.gov/ag/page/file/1483516/download (quoting *NLRB v. Robbins Tire & Rubber Co*, 437 U.S. 214, 242 (1978)) ("DOJ Memo").

11. The DOJ Memo makes clear, "Timely disclosure of records is also essential to the core purpose of FOIA." DOJ Memo at 3.

12. Over 107 days have elapsed since USAF received CASA's request, and over 100 days have passed since USAF estimated 20 days to provide the documents, yet USAF still has not produced them.

13. Given these facts, USAF has not met its statutory obligations to provide the requested records.

## COUNT I

### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

14. CASA repeats and incorporates by reference paragraphs each of the foregoing paragraphs as if fully set forth herein.

15. CASA properly submitted a request for records within the possession, custody, and control of USAF.

16. USAF is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

17. USAF is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

18. USAF's failure to provide all non-exempt responsive records violates FOIA.

19. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring USAF to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Plaintiff CASA respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant USAF complies with the requirements of FOIA and any and all orders of this Court.

(2) Order USAF to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: January 31, 2025

Respectfully submitted,

CENTER TO ADVANCE SECURITY IN AMERICA

By Counsel:
/s/ Jacob William Roth
Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

Karin Moore Sweigart

4

          D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

*Counsel for the Plaintiff*